UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:13-CR-45-RLM |
| | ) | |
| DAYMAN J. OLIVARES | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 3, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 34), ACCEPTS defendant Dayman J. Olivares's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and (b).

SO ORDERED.

ENTERED: July 15, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court